IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA – RENO DIVISION

PETER D'ARCY, On Behalf of Himself and All Others Similarly Situated,

    Plaintiff,

 v.

NEVADA GOLD & CASINOS, INC., WILLIAM J. SHERLOCK, WILLIAM G. JAYROE, FRANK CATANIA, FRANCIS M. RICCI, RUDOLPH K. KLUIBER, and SHAWN W. KRAVETZ,

    Defendants.

Case No. 2:19-cv-00025

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-titled action against Defendants without prejudice. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment. No class has been certified in this case; Rule 23(e) of the Federal Rules of Civil Procedure therefore does not apply to this dismissal.

February 14th, 2018      Respectfully submitted,

    **MUCKLEROY LUNT, LLC**
    By: */s/ Martin A. Muckleroy*
    Martin A. Muckleroy
    Nevada Bar No. 9634
    6077 S. Fort Apache Rd., Ste. 140
    Las Vegas, NV 89148
    Tel.: (702) 907-0097
    E-mail: martin@muckleroylunt.com

    *Attorneys for Plaintiff*

**OF COUNSEL:**

**KAHN SWICK & FOTI, LLC**
Michael J. Palestina, Esq.
Christopher R. Tillotson, Esq.
1100 Poydras St., Suite 3200
New Orleans, LA 70163
Tel.: (504) 455-1400
Fax: (504) 455-1498
E-mail: Michael.Palestina@ksfcounsel.com
Christopher.tillotson@ksfcounsel.com